UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED. | |
| DOC #: | |
| DATE FILED: 4/26/18 | |

THE CENTURY FOUNDATION, )
)
Plaintiff, )
)
v. )
)
UNITED STATES DEPARTMENT OF ) Case No.: 1:18-cv-03581-NRB
EDUCATION, )
)
Defendant. )
)
) ORDER FOR ADMISSION
) PRO HAC VICE
)
)
)

The motion of Allyson B. Baker, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

**Applicant's Name:** Allyson B. Baker

**Firm Name:** Venable LLP

**Address:** 600 Massachusetts Ave NW, Washington, DC 20001

**Telephone:** 202-344-4000

**Fax:** 202-344-8300

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for as intended intervenor, Accrediting Council for Independent Colleges and Schools (ACICS), in the above entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 24, 2018

_____
United States District / Magistrate Judge