

UNITED STATES DEPARTMENT OF EDUCATION

EX. A (Rule 2B Letter)

OFFICE OF MANAGEMENT

Office of the Chief Privacy Officer

April 23, 2018

Tariq Habash
The Century Foundation
2040 S. Street NW, 2nd Floor
Washington, DC 20009

RE:  FOIA Request No. 18-01346-F

Dear Mr. Habash:

This letter is a final response to your request for information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, dated March 21, 2018 and received in this office on March 23, 2018.  Your request was forwarded to the appropriate office to search for documents that may be responsive to your request: the Office of Postsecondary Education (OPE).

You requested the following:

- All documents constituting the "draft analysis," "analysis," "staff draft analysis," and/or "draft staff analysis," as those phrases were used by AUSA Doud, Mr. Bounds, and Ms. Mangold, that were provided to ACICS between March 1, 2018 and the date of this request.
- All documents sufficient to show the dates on which the "draft analysis," "analysis," "staff draft analysis," and/or "draft staff analysis," as those phrases were used by AUSA Doud, Mr. Bounds, and Ms. Mangold, were provided to ACICS.

The Department of Education (Department) has determined that the Draft Staff Analysis sent to ACICS on March 13, 2018 will be released to you in full.  The responsive records themselves will be made available promptly.  5 U.S.C. § 552(a)(6)(C)(i).

Provisions of the FOIA allow us to recover the costs pertaining to your request.  The Department has concluded that you fall within the category of an "all other" requester.  However, the Department has provided you with this information at no charge since you have been granted a fee waiver.  This does not infer or imply that you will be granted a fee waiver for future requests made under FOIA to the Department.

You have the right to seek further assistance from the Department's FOIA Public Liaison, Robert Wehausen.  The Department's FOIA Public Liaison can be reached by e-mail at robert.wehausen@ed.gov; by phone at 202-205-0733; by fax at 202-401-0920; or by mail at Office of the Chief Privacy Officer, U.S. Department of Education, 400 Maryland Ave., SW, LBJ 2W218-58, Washington, DC 20202-4536, Attn:  FOIA Public Liaison.

Page 2 – Tariq Habash
FOIA Request No. 18-01346-F

If you have any questions, please contact the FOIA Service Center at (202) 401-8365 or via e-mail at EDFOIAManager@ed.gov.

    Sincerely,

    *Arthur Caliguiran*

    Arthur Caliguiran
    FOIA Analyst
    FOIA Service Center

400 MARYLAND AVE., S.W., WASHINGTON, DC 20202-4500
www.ed.gov
*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*