AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| The Century Foundation | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 18-cv-3581 (NRB) |
| United States Department of Education | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Department of Education.

Date: 05/02/2018

/s/ Casey Kyung-Se Lee
*Attorney's signature*

Casey Kyung-Se Lee CL2010
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, Third Floor
New York, NY 10007
*Address*

casey.lee@usdoj.gov
*E-mail address*

(212) 637-2714
*Telephone number*

(212) 637-2686
*FAX number*