<a>
</a>



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 24, 2018

<u>By ECF</u>

The Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *The Century Found. v. U.S. Dep't of Educ.*, 18 Civ. 3581 (NRB)

Dear Judge Buchwald:

    This Office represents defendant the U.S. Department of Education ("ED") in the above-referenced action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. I write to follow up on the Court's proposal during today's telephonic court hearing, under which (among other things) the Court would conduct an *in camera* review of the at-issue draft staff analysis and markups that reflect the Accrediting Council for Independent Colleges and Schools's proposed redactions to that record. ED does not object to the Court's proposed *in camera* review of the draft staff analysis.

    I thank the Court for its attention to this matter.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By:    */s/ Casey K. Lee*
    CASEY K. LEE
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, NY 10007
    Tel.: (212) 637-2714
    Fax: (212) 637-2686
    casey.lee@usdoj.gov

cc:    Counsel for Plaintiff and Intervenor