UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CENTURY FOUNDATION,<br><br>                         Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT<br>OF EDUCATION,<br><br>                         Defendant. | 18 Civ. 3581 (NRB)<br><br>**NOTICE OF WITHDRAWAL OF<br>MOTION TO INTERVENE** (Dkt. 9) |

Proposed Intervenor the Accrediting Council for Independent Colleges and Schools ("ACICS"), by and through its counsel of record, hereby provides notice to the Court and all interested parties of the voluntary withdrawal of the Letter Motion to Intervene [Dkt. 9], and by this notice withdraws its application for intervention.

During the telephonic hearing on May 24, 2018, the parties, and the Court, acknowledged that the Department of Education ("ED") was uniquely positioned to assert the deliberative process privilege and protect the Draft Staff Analysis from improper disclosure. Notwithstanding, the Court determined that ED did not assert the privilege and that ACICS could not do so.[1]

---

[1] ACICS maintains that the information Plaintiff seeks is protected against disclosure under the deliberative process privilege. The draft staff analysis is a preliminary report that was prepared solely for pre-decision deliberations, as contemplated under the process. *See* 34 CFR 602.32(c). Moreover, the report consists of confidential trade secret, commercial and/or financial information the ED staff obtained through visits and other investigatory means and was clearly stated to be exempt from disclosure on the ED's own website. Indeed, the confidential ED portal through which ACICS was provided this information stated unambiguously that the Draft Staff Report, without ACICS's response, is exempt from FOIA disclosure. *See* Decl. of M. Edwards, Dkt. 9-1. Furthermore, disclosure of such information risks public confusion and harm to institutions and students making significant decisions, including immigration decisions.

Although Proposed Intervenor appreciates Plaintiff and the Court's creative proposal for ACICS to prepare a line-by-line analysis with argument explaining why each line in the voluminous draft staff analysis and exhibits falls under one or more FOIA exemptions, ACICS must decline; such an effort would be exceedingly resource-intensive.  Thus, ACICS has no option but to withdraw its application for intervention.

Nonetheless, we thank the Court for the time and opportunity to be heard on this matter.

Dated: June 5, 2018                          By:      /s/ *Allyson B. Baker*
                                                               Allyson B. Baker (*pro hac vice)*
                                                               VENABLE LLP
                                                               600 Massachusetts Avenue NW
                                                               Washington, DC 20001
                                                               (202) 344-4708
                                                               ABaker@Venable.com

                                                               *Counsel for Proposed Intervenor*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June, 2018, I caused to be electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system, which sent a Notice

of Electronic Filing to the counsel of record, all of whom are registered CM/ECF users.

Dated: June 5, 2018                    By:      /s/ *Allyson B. Baker*
                                                Allyson B. Baker (*pro hac vice)*
                                                VENABLE LLP
                                                600 Massachusetts Avenue NW
                                                Washington, DC 20001
                                                (202) 344-4708
                                                ABaker@Venable.com

                                                *Counsel for Proposed Intervenor*